IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **STRIKE 3 HOLDINGS, LLC,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:22-CV-769-L** |
| **JOHN DOE,** | § § § | |
| Defendant. | § § | |

## ORDER

Because of common questions of fact and law, and in the interest of judicial economy, this case is hereby **transferred** to the docket of the Honorable United States District Judge Ed Kinkeade.  This action shall henceforth carry the suffix letter "K."  All future pleadings and other papers shall henceforth be filed under Civil Action No. 3:22-CV-769-K.

**It is so ordered** this 6th day of April, 2022.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page