UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> JOHN DOE subscriber assigned IP address § <br> 76.187.22.15, § <br> § <br> Defendant. § | Civil Case No. 3:22-cv-00769-K |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.187.22.15, are voluntarily dismissed without prejudice.

Dated: July 8, 2022

Respectfully submitted,

By: _/s/ Paul S. Beik_
Paul S. Beik
Beik Law Firm PLLC
917 Franklin Street, Suite 220
Houston, Texas  77002
Tel: (713) 869-6975
Fax: (713) 583-9169
paul@beiklaw.com
www.beiklaw.com

**ATTORNEY FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**